IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VERNELL HARRIS, JR., | : Civ. No. 1:24-CV-1047 |
| Plaintiff, | : |
| v. | : |
| | : (Chief Magistrate Judge Bloom) |
| G.B.K TRANSPORT, INC., | : |
| Defendant. | : |

## ORDER

AND NOW, this 28th day of February 2025, for the reasons outlined in the accompanying Memorandum Opinion, IT IS HEREBY ORDERED THAT the defendant's motion to dismiss (Doc. 17) is GRANTED IN PART AND DENIED IN PART as follows:

1. The motion is DENIED as to the claims of ADA disability discrimination, failure to accommodate, and retaliation, and FMLA interference and retaliation with respect to Harris' employment from October 4, 2022, to September 8, 2023; and

2. The motion is GRANTED as to all claims with respect to Harris' initial employment with GBK from June 28, 2021, to May 4, 2022, and these claims will be DISMISSED WITH PREJUDICE.

S/ Daryl F. Bloom<br>
Daryl F. Bloom<br>
Chief United States Magistrate Judge